1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA
10
11   TERRY WEBBS,                      )    NO. CV 12-10541-PSG (MAN)
                                        )
12                  Petitioner,         )
                                        )
13         v.                           )    ORDER ACCEPTING FINDINGS AND
                                        )    RECOMMENDATIONS OF UNITED STATES
14   THE PEOPLE OF THE STATE            )    MAGISTRATE JUDGE
     OF CALIFORNIA,                     )
15                                      )
                    Respondent.         )
16   _____)
17

18         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus
19   ("Petition"), all of the records herein, and the Report and Recommendation of United States
20   Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no
21   Objections have been filed with the Court. The Court accepts the findings and recommendations
22   set forth in the Report.
23
24         IT IS ORDERED that: (1) Respondent's Motion to Dismiss the Petition is GRANTED; and
25   (2) Judgment shall be entered dismissing this action without prejudice.
26   ///
27   ///
28   ///

1       IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment
2 herein on the parties.

4       LET JUDGMENT BE ENTERED ACCORDINGLY.

6 DATED:  July 12, 2013  .

                                            PHILIP S. GUTIERREZ
                                      UNITED STATES DISTRICT JUDGE