UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY WEBBS,<br><br>   Petitioner,<br><br> v.<br><br>THE PEOPLE OF THE STATE<br>OF CALIFORNIA,<br><br>   Respondent. | NO. CV 12-10541-PSG (MAN)<br><br><br>JUDGMENT |

 Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

 IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:  July 12, 2013 .

                  /s/ Philip S. Gutierrez
                 PHILIP S. GUTIERREZ
               UNITED STATES DISTRICT JUDGE